IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| LAWRENCE SAYLES, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 05-2424-B/P |
| KENNETH MOSS, et al., | ) | |
| Defendants. | ) | |

ORDER TO ISSUE AND EFFECT SERVICE OF PROCESS

Plaintiff Lawrence Sayles, a resident of Oklahoma, filed a *pro se* complaint on June 9, 2005 that purports to invoke this Court's diversity jurisdiction and paid the civil filing fee. The Clerk shall record the defendants as Kenneth Moss and Classic Towing and Recovery, Inc.

It is ORDERED that the Clerk shall issue process for the defendants and deliver said process to the plaintiff, who is responsible for service on the defendants pursuant to Rule 4 of the

Federal Rules of Civil Procedure.[1] The plaintiff shall file proof of service pursuant to Fed. R. Civ. P. 4(1).

It is ORDERED that the plaintiff shall serve a copy of every further document filed in this cause on the attorney for each defendant, or on any defendant that has no attorney. The plaintiff shall make a certificate of service on every document filed. The plaintiff shall familiarize himself with the Federal Rules of Civil Procedure and the local rules of this Court.

The plaintiff shall promptly notify the Clerk of any change of address or whereabouts. Failure to comply with these requirements, or any other order of the Court, may result in this case being dismissed without further notice.

The plaintiff is advised that the time limit set forth in Fed. R. Civ. P. 4(m) shall commence running on the date the summonses are mailed to him.

IT IS SO ORDERED this 12th day of August, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Fed. R. Civ. P. 4(h)(1), a corporation may be served "by delivering a copy of the summons and of the complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing a copy to the defendant."

Plaintiff also must comply with Rule 4(c)(2), which requires, in part: "Service may be effected by any person who is not a party and who is at least 18 years of age."

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 2:05-CV-02424 was distributed by fax, mail, or direct printing on August 15, 2005 to the parties listed.

---

Lawrence Sayles
415 Boudinot
Dewey, OK 74029

Honorable J. Breen
US DISTRICT COURT